**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: CHRIS Y. JOHNSON
2724 RUDEEN CLOSE, APT. B
ROCKFORD, IL  61108

SSN-xxx-xx-6719

Case Number: 08-70429

Case filed on: 2/19/2008
Plan Confirmed on: 4/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $220.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 23.28 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 23.28 | 0.00 |
| 999 | CHRIS Y. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 8,775.48 | 8,775.48 | 34.02 | 144.80 |
| 009 | PREMIER HOME FURNISHINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER HOME FURNISHINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER HOME FURNISHINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER HOME FURNISHINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,775.48 | 8,775.48 | 34.02 | 144.80 |
| 001 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AT & T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICASH LOANS LLC | 508.40 | 508.40 | 0.00 | 0.00 |
| 004 | CASH TO GO | 304.15 | 304.15 | 0.00 | 0.00 |
| 005 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 172.22 | 172.22 | 0.00 | 0.00 |
| 007 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | TITLE CASH OF ILLINOIS | 215.11 | 215.11 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SOUTHWEST CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,199.88 | 1,199.88 | 0.00 | 0.00 |
|  | Grand Total: | 12,675.36 | 12,675.36 | 57.30 | 144.80 |

Total Paid Claimant:      $202.10
Trustee Allowance:        $17.90
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan